UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LAMAR JONES,

                      Plaintiff,

       -v-

NEW YORK CITY HOUSING AUTHORITY *et al.*,

                      Defendants.

------------------------------------------------------------X

25 Civ. 5097 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

Pursuant to the Court's June 23, 2025 order granting defendants an extension of the deadline to answer or otherwise respond to the complaint to July 25, 2025, the initial pretrial conference previously scheduled to take place July 16, 2025 is hereby adjourned *sine die*.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 24, 2025
       New York, New York