

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 25, 2025

**By ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Jones v. New York City Hous. Auth., et al.*, 25 CV 5097 (PAE)

Dear Judge Engelmayer:

   This Office represents defendants the United States Postal Service and one of its employees, Charles James (together, the "Federal Defendants"), both improperly named in this vehicle accident case recently removed from New York Supreme Court, New York County, pursuant to the Federal Tort Claims Act (the "FTCA"). On consent, I write respectfully to request that the initial case management conference currently scheduled for September 30 be adjourned to another date convenient to the Court. The request is being made because today a scheduling conflict arose with a family matter which I must attend to. Plaintiff and defendant New York City Housing Authority consent to the granting of this relief; I have been unable to reach pro se defendant Tenisha Grandy to request her consent. This is the first request of any party to reschedule the initial conference.

                    Respectfully,

GRANTED.  The IPTC is
rescheduled for Wednesday, October 8,
at 2:00 p.m.

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York
SO ORDERED.               *Attorney for the Federal Defendants*

   *Paul A. Engelmayer*
    PAUL A. ENGELMAYER       By: /s/ *Brandon Cowart*
    United States District Judge         BRANDON H. COWART
                    Assistant United States Attorney
Dated: September 26, 2025          Telephone: (212) 637-2693
   New York, New York          Email: brandon.cowart@usdoj.gov

   cc: All Parties (by ECF)