UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAMAR JONES,

                              Plaintiff,

                -v-

NEW YORK CITY HOUSING AUTHORITY *et al.*,

                              Defendants.

---

25 Civ. 5097

ORDER

PAUL A. ENGELMAYER, District Judge:

A case management conference in the above-captioned matter is presently scheduled for today, May 13, 2026, at 3 p.m. Dkt. 16. At 1:20 p.m. today, plaintiff's counsel notified Chambers via email that the matter has been resolved and requested that the case management conference be cancelled. Accordingly, the Court cancels the case management conference.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 13, 2026
       New York, New York